1  JEFFREY MARGULIES, Bar No. 126002
   JOSEPH H. PARK, Bar No. 175064
2  STEPHANIE STROUP, Bar No. 235071
   **FULBRIGHT & JAWORSKI L.L.P.**
3  555 South Flower Street
   Forty-First Floor
4  Los Angeles, California 90071
   Telephone: (213) 892-9200
5  Facsimile: (213) 892-9494
   jmargulies@fulbright.com
6  jpark@fulbright.com
   stroup@fulbright.com
7
   Attorneys for Defendants
8  STANDARD HOMEOPATHIC COMPANY
   and HYLANDS, INC.
9

10              IN THE UNITED STATES DISTRICT COURT

11              FOR THE CENTRAL DISTRICT OF CALIFORNIA

12                         WESTERN DIVISION

13

| | |
|---|---|
| 14  KIM ALLEN and DANIELE XENOS, on behalf of themselves, all others similarly situated, and the general public,<br><br>16              Plaintiffs,<br>17        v.<br>18  HYLANDS INC., a California Corporation; and STANDARD HOMEOPATHIC COMPANY,<br>20              Defendants. | Case No. CV-12-1150 DMG (MANx)<br><br>**DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT**<br><br>Hearing<br>Date:   April 27, 2012<br>Time:   9:30<br>Ctrm:   7<br>Judge:  Dolly Gee |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, on April 27, 2012, at 9:30 a.m., or as soon thereafter as counsel may be heard, before the Hon. Dolly M. Gee, in Courtroom 7 of the above-entitled Court, located at 312 North Spring Street, Los Angeles, California 90012, Defendants Hyland's, Inc. and Standard Homeopathic Company ("Defendants") will and hereby do move to dismiss the First Amended Complaint ("FAC") filed by Plaintiffs Kim Allen and Daniele Xenos ("Plaintiffs") pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure.

This Motion is made on the grounds that the FAC fails to state a claim upon which relief can be granted in that:

1. As out-of-state residents, Plaintiffs lack standing to assert claims under California's consumer protection laws, for themselves or for a putative nationwide class;

2. The FAC fails to state a claim for breach of express warranty as the allegations do not establish the existence of any express warranties that were breached;

3. The FAC fails to state a claim for breach of the implied warranty of merchantability because the allegations do not show how the homeopathic products at issue were not fit for the ordinary purposes for which homeopathic drugs are used;

4. Plaintiffs lack standing to assert any claims with respect to any products other than the products they allege they bought and used;

5. The FAC fails to allege any facts demonstrating that Defendants have engaged in any inequitable conduct supporting a claim for restitution for money had and received, money paid, and/or unjust enrichment;

6. The class claims asserted in the FAC fail because: (a) Plaintiffs cannot certify a nationwide class for alleged violations of California's consumer protection laws; (b) Plaintiffs lack standing to represent or

certify a class of California consumers since they, as out-of-state plaintiffs, are not members of the putative California class; and (c) Plaintiffs lack standing to assert class claims with respect to products that they did not buy and use.

This Motion is based on this Notice of Motion and Motion and the concurrently filed Memorandum of Points and Authorities and Request for Judicial Notice and exhibits attached thereto, the pleadings and papers on file herein, and upon such matters as may be presented to the Court at the hearing on this Motion.

This Motion is made following the conference of counsel pursuant to L.R. 7-3, which took place on March 23, 2012.

Dated:   March 30, 2012

JEFFREY MARGULIES
JOSEPH H. PARK
STEPHANIE STROUP
**FULBRIGHT & JAWORSKI L.L.P.**

　　　/S/ Joseph H. Park
JOSEPH H. PARK
Attorneys for Defendants
STANDARD HOMEOPATHIC
COMPANY and HYLANDS, INC.

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in Los Angeles County, California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is 555 S. Flower Street, 41st Floor, Los Angeles, California 90071.

On March 30, 2012, I served the foregoing document(s) described as: ***DEFENDANTS' NOTICE OF MOTION AND MOTION TO DISMISS FIRST AMENDED COMPLAINT*** on the interested parties in this action as follows:

Ronald A. Marron, APLC
LAW OFFICES OF RONALD A. MARRON, APLC
3636 4th Avenue, Suite 202
San Diego, California 92103
Tel: (619) 696-9006
Fax: (619) 564-6665

*Attorney for Plaintiff and Proposed Class*

[x]   (BY CM/ECF) I am readily familiar with the practice for collection and processing of documents through CM/ECF and on March 30, 2012, I caused a true and correct copy of the above listed document(s) to be filed and served electronically through CM/ECF, by uploading the electronic files for each of the above listed document(s). CM/ECF then notified registered parties via e-mail.

Executed on March 30, 2012 at Los Angeles, California.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

_____
Rhonda M. Cole

DOCUMENT PREPARED ON RECYCLED PAPER