UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 12-1150 DMG (MANx)** | Date | July 13, 2012 |
| Title | *Kim Allen, et al.  v. Hylands, Inc., et al.* | | |

| | |
|---|---|
| Present: The Honorable | DOLLY M. GEE, UNITED STATES DISTRICT JUDGE |

| V.R. Vallery | Rosalyn Adams |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Gretchen M. Nelson | Jeffrey B. Margulies |
| Ronald A. Marron | Stephanie Stroup |
| Skye Resendes | Matthew M. Gurvitz |
| David W. Reid (Proposed Intervenor) | |

**Proceedings:** PLAINTIFF'S MOTION FOR CLASS CERTIFICATION AND APPOINTMENT OF LEAD CLASS COUNSEL [60]

The case is called and counsel state their appearance.  The Court confers with counsel for proposed intervenor Monica Sandoval.   For the reasons stated on the record, proposed intervenor Monica Sandoval's July 12, 2012 *ex parte* motion to intervene [Doc. # 110] and *ex parte* motion to request abstention and/or stay [Doc. # 109] are **DENIED** without prejudice to filing a properly noticed motion by no later than July 20, 2012.  Following oral argument, the Court advises counsel that plaintiffs motion for class certification and appointment of lead class counsel is taken under submission  and a written order will issue.

: 58