# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 12-1150-DMG (MANx) | Date | November 19, 2013 |
| Title | *Kim Allen, et al. v. Hylands, Inc., et al.* | | |

========================================================================

| | |
|---|---|
| Present: The Honorable | MARGARET A. NAGLE, UNITED STATES MAGISTRATE JUDGE |

| E. Carson | CS |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |
| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
| Gretchen M. Nelson<br>Beatrice S. Resendes<br>Erin J. Minelli | Jeffrey B. Margulies<br>Stephanie A. Stroup |

**Proceedings:** Plaintiffs' Motion To Compel Discovery of (1) Defendants' Financial Documents, (2) FDA-Related Discovery, And (3) Scope of Rule 30(B)(6) Financial Witness, Daniel Krombach, The NAV Reports ("Plaintiffs' Motion") [Docket No. 239]

The case is called. Beatrice S. Resendes and Erin J. Minelli, of the Law Offices of Ronald A. Marron, APLC, and Gretchen M. Nelson, of Kreindler and Kreindler LLP, appear on behalf of plaintiffs. Jeffrey B. Margulies and Stephanie A. Stroup, of Fulbright and Jaworski LLP, appear on behalf of defendants.

The Court hears argument regarding Plaintiffs' Motion. Plaintiffs' Motion is GRANTED, in part, and DENIED, in part, for the reasons recited on the record. The Court directs plaintiffs' counsel to prepare a proposed Order that accurately reflects the Court's rulings, which shall be submitted to opposing counsel for review by no later than 4:00 p.m. on Wednesday, November 20, 2013. The final proposed Order, or competing versions thereof shall be lodged with the Court by no later than 4:00 p.m. on Thursday, November 21, 2013.

IT IS SO ORDERED.

cc: All parties of record

| | 1 | : | 35 |
|---|---|---|---|
| Initials of Preparer | efc | | |

_____