1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| KIM ALLEN, et al., on behalf of themselves, all others similarly situated and the general public,<br><br>    Plaintiffs,<br><br>    v.<br><br>HYLAND'S, INC., et al.,<br><br>    Defendants. | Case No: CV-12-1150-DMG (MANx)<br><br>**AMENDED ORDER REGARDING NOTICE OF PENDENCY OF CLASS ACTION AND PROPOSED SCHEDULE FOR DISSEMINATION OF NOTICE [298]** |

The Court, having read and considered the parties' Joint Submission Regarding Notice of Pendency of Class Action and Proposed Schedule for Dissemination of Notice [Doc. # 294] and the parties' Supplement To The Joint Submission Regarding Proposed Notice Of Pendency Of Class Action And Proposed Schedule For Dissemination Of Notice [Doc. # 298], and good cause appearing therefor, hereby orders as follows:

1. The Long Form Notice and Short Form Notice submitted as Exhibits A and B to the Joint Submission are approved. Prior to issuance of the Notice, non-substantive corrections and inserts may be made to the form of Notice as necessary;

2. Class Counsel shall retain the services of Kurtzman Carson Consultants to assist in effectuating the notice plan;

3. Class counsel shall register the domain site www.HylandsClassActionLawsuit.com along with additional product specific domains that will mirror and/or link to that website, including www.CalmsForteLawsuit.com;
www.HylandsTeethingTabletsLawsuit.com;
www.HylandsMigraineHeadacheReliefLawsuit.com;
www.HylandsColicTabletsLawsuit.com;
www.HylandsLegCrampsLawsuit.com;
www.HylandsDefendColdCoughLawsuit.com;
www.HylandsCoughLawsuit.com; and
www.HylandsSeasonalAllergyReliefLawsuit.com;

4. Seven (7) days from the date of this Order, Defendants shall provide Class Counsel with the names and addresses, and email addresses, of all class members who are identifiable from Defendants' records;

2

5. Fourteen (14) days from the date of this Order, a copy of the Long Form Notice shall be sent by email to all class members for whom email addresses are identified;

6. Fourteen (14) days from the date of this Order, a copy of the Short Form Notice shall be sent by U.S. Mail, postage prepaid, to all class members for whom a valid email address is not available but for whom a mailing address is available;

7. Fourteen (14) days from the date of this Order, a copy of the Long Form notice shall be posted on the dedicated websites identified in paragraph 3 above along with links to case documents, including the Third Amended Complaint, Defendants' Answer, and the Court's Order re: Plaintiffs' Motion for Class Certification;

8. Fourteen (14) days from the date of this Order, Defendants shall cause a link to the case specific website to appear on Defendants' consumer facing websites, including www.Hylands.com and any product specific website for the products at issue in the litigation;

9. Twenty-one (21) days from the date of this Order, Class Counsel shall cause the commencement of an XPN Internet notice campaign that will provide for 2.5 million unique impressions to appear on the computers/devices of "in market shoppers" of Hyland's products and a Facebook notice campaign that will provide for 2.5 million unique impressions to be issued through Facebook and will appear on the accounts of those who have in the past purchased homeopathic medicines;

10. Twenty-one (21) days from the date of this Order, Class Counsel shall commence publication of the Short Form Notice in *USA Today*, once a week for four consecutive weeks;

3

11. The deadline for opting out of the Class shall be 60 days after the last publication in *USA Today*.

DATED: September 24, 2014

                              _____
                              DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE

4

*Kim Allen et al. v. Hyland's, Inc. et al.*, Case No. 12-CV-1150
AMENDED ORDER REGARDING NOTICE OF PENDENCY OF CLASS ACTION AND
PROPOSED SCHEDULE FOR DISSEMINATION OF NOTICE