# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| KIM ALLEN, et al., on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiffs,<br><br>v.<br><br>HYLAND'S, INC., et al.,<br><br>Defendants. | Case No: CV 12-1150-DMG (MANx)<br><br>**ORDER AMENDING ORDER RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION [300]** |

The Court having read and considered the parties' Joint Report Regarding The Class Definition And Request For Amendment Nunc Pro Tunc To The Court's Order Re Plaintiffs' Motion For Class Certification and good cause appearing therefor, the Court hereby enters the following Order:

1. The Court's Order re Plaintiffs' Motion for Class Certification [Doc. # 291] is hereby amended *nunc pro tunc* to provide that the class certified by the Court as described on page 42 of the Order is as follows:

> The Court certifies the following Class with respect to Plaintiffs' claims under the CLRA, UCL, FAL, MMWA, and breach of express warranty:
>
> All purchasers of Hyland's, Inc. and Standard Homeopathic Company's homeopathic Products entitled Calms Forté (except for California purchasers of Calms Forté), Teething Tablets, Migraine Headache Relief, Colic Tablets, Leg Cramps with Quinine, Leg Cramps, Defend Cold & Cough, Defend Cold & Cough Night, Hyland's Cough, and Seasonal Allergy Relief for personal or household use and not for resale, in the United States from the period of February 9, 2008 to the present (the "Class Period"). . . .

2. The Long Form Notice and Short Form Notice in the form attached to the parties' Joint Report as Exhibits A and B, respectively, which incorporate certain corrections requested by the Court and the revised Class definition are hereby approved.

2

*Kim Allen et al. v. Hyland's, Inc. et al.*, Case No. 12-CV-1150
ORDER AMENDING ORDER RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION

3. All dates relating to the dissemination of notice to the Class as set forth in the Court's Amended Order Regarding Notice Of Pendency Of Class Action And Proposed Schedule For Dissemination Of Notice [Doc. # 299] shall run from the date of the entry of this Order.

DATED: October 1, 2014

                                                                                    DOLLY M. GEE
                                    UINITED STATES DISTRICT JUDGE

3

*Kim Allen et al. v. Hyland's, Inc. et al.*, Case No. 12-CV-1150
ORDER AMENDING ORDER RE PLAINTIFFS' MOTION FOR CLASS CERTIFICATION