**NORTON ROSE FULBRIGHT US LLP**
JEFFREY MARGULIES (126002)
*jeff.margulies@nortonrosefulbright.com*
SPENCER PERSSON (235054)
*spencer.persson@nortonrosefulbright.com*
STEPHANIE A. STROUP (235071)
*stephanie.stroup@nortonrosefulbright.com*
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone:  (213) 892-9200
Facsimile:  (213) 892-9494

*Attorneys for Defendants*

**LAW OFFICES OF RONALD A. MARRON**
RONALD A. MARRON (175650)
*ron@consumersadvocates.com*
SKYE RESENDES (278511)
*skye@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92103
Telephone:  (619) 696-9006
Facsimile:  (619) 564-6665

*(Additional Counsel listed on the signature page)*

*Class Counsel*

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| KIM ALLEN, et al. on behalf of themselves, all others similarly situated and the general public,<br><br>Plaintiff,<br><br>v.<br><br>HYLAND'S INC., et al.,<br><br>Defendant. | Case No.  12-cv-1150-DMG-MAN<br>CLASS ACTION<br><br>**INDEX OF JURY INSTRUCTIONS** |

# JOINT JURY INSTRUCTIONS

| Number | Title | Source | Page |
|---|---|---|---|
|  | Duty of Jury | Ninth Circuit Model Rules 1.1C | 2 |
|  | Claims and Defenses | Ninth Circuit Model Rules 1.2 | 3 |
|  | Class Action Defined | CACI 115 | 4-5 |
|  | Credibility of Witnesses (Modified) | Ninth Circuit Model Rules 1.11 | 6-7 |
|  | Use of Interpreters in Court | Ninth Circuit Model Rules 1.17 | 8 |
|  | Stipulations of Fact | Ninth Circuit Model Rules 2.2 | 9 |
|  | Deposition in Lieu of Live Testimony | Ninth Circuit Model Rules 2.4 | 10 |
|  | Foreign Language Testimony | Ninth Circuit Model Rules 2.7 | 11 |
|  | Impeachment Evidence—Witness | Ninth Circuit Model Rules 2.8 | 12 |
|  | Use of Interrogatories of a Party | Ninth Circuit Model Rules 2.10 | 13 |
|  | Charts and Summaries Not Received In Evidence | Ninth Circuit Model Rules 2.12 | 14 |
|  | Charts and Summaries in Evidence | Ninth Circuit Model Rules 2.13 | 15 |
|  | Evidence in Electronic Format | Ninth Circuit Model Rules 2.14 | 16-17 |
|  | Duty to Deliberate | Ninth Circuit Model Rules 3.1 | 18 |
|  | Consideration of Evidence-Conduct of the Jury | Ninth Circuit Model Rules 3.1A | 19-20 |
|  | Communication with Court | Ninth Circuit Model Rules 3.2 | 21 |

| | | | |
|---|---|---|---|
| | Readback or Playback | Ninth Circuit Model Rules 3.2A | 22 |
| | Return of Verdict | Ninth Circuit Model Rules 3.3 | 23 |
| | Additional Instructions of Law | Ninth Circuit Model Rules 3.4 | 24 |
| | Deadlocked Jury | Ninth Circuit Model Rules 3.5 | 25 |
| | Continuing Deliberations after Juror is Discharged | Ninth Circuit Model Rules 3.6 | 27 |
| | Corporations and Partnerships | Ninth Circuit Model Rules 4.1 | 28 |
| | Liability of Corporations | Ninth Circuit Model Rules 4.2 | 29 |
| | Experts: Questions Containing Assumed Facts | CACI 220 | 30 |
| | Materiality | *Engalla v. Permanente Med. Group, Inc.*, 15 Cal. 4th 951, 977 (1997); *Charpentier v. Los Angeles Rams*, 75 Cal. App. 4th 301, 312-313 (1999); *Kwikset Corp. v. Superior Court*, 51 Cal. 4th 310, 332 (2011). | 31 |
| | Reasonable Consumer Standard | *Fraker v. Bayer Corp.*, 2009 WL 5865687, *6 (E.D. Cal. 2009); *Colgan v. Leatherman Tool Group, Inc.*, 135 Cal. App. 4th 663, 682 (2006); *Lavie v. Procter & Gamble Co.*, 105 Cal. App. 4th 496, 503 (2003).) | 32 |

|  | Substantial Factor | CACI 430; *Rutherford v. Owens-Illinois, Inc.*, 16 Cal. 4th 953, 977 (1997). | 33 |
|---|---|---|---|
|  | Affirmative Defense to Express Warranty and Magnuson-Moss Act Claims- Not "Base of Bargains" | CACI No. 1240; *Keith v. Buchanan*, 173 Cal.App.3d 13, 22 (1985); *Hauter v. Zogarts*, 14 Cal.3d 104, 115 (1975 | 34 |
|  | Arguments of Counsel Not Evidence of Damages | CACI 3925 | 35 |
|  | More Likely True- Clear and Convincing Proof | CACI 201 | 36 |
|  | Punitive Damages (Modified) | Ninth Circuit Model Rules 5.5 | 37 |
|  | Verdict Form Punitive Damages |  | 38 |

## PLAINTIFF'S (PROPOSED) DISPUTED JURY INSTRUCTIONS

| Number | Title | Source | Page |
|---|---|---|---|
| | Burden of Proof | Ninth Circuit Model Rules | 2-3 |
| | California's Consumer Legal Remedies Act, Civil Code Section 1770(A) | Civ. Code § 1770(a)(5), (7), (9); *MacRae v. HCR Manor Care Servs.*, 2014 WL 3605893, *3 (C.D. Cal. 2014); *Buckland v. Threshold Enterprises, Ltd.*, 155 Cal. App. 4th 798, 809 (2007); *In re Vioxx Class Cases*, 180 Cal. App. 4th 116, 129 (2009); *Mass. Mut. Life Ins. Co. v. Superior Court*, 97 Cal. App. 4th 1282, 1292-93 (2002); Cal. Civ. Code § 1760; *Avedisian v. Mercedes-Benz USA, LLC*, 43 F. Supp. 3d 1071, 1077 (C.D. Cal. 2014); *Stanwood v. Mary Kay, Inc.,* 941 F. Supp. 2d 1212 (C.D. Cal., 2012) | 4-6 |
| | Breach Of Express Warranty & Magnuson-Moss Act, 15 U.S.C. § 2301, Et Seq. | CACI No. 1230; California Commercial Code § 2313; Civil Code § 1791.2; *Hauter v. Zogarts*, 14 Cal. 3d 104, 115–116 (1975); *Andrade v. Pangborn Corp.*, 2004 WL | 7-8 |


| | | | |
|---|---|---|---|
| | | 2480708, at *23 (N.D. Cal. Oct. 22, 2004); *Clemens v. DaimlerChrysler Corp.*, 534 F.3d 1017, 1022 (9th Cir. 2008). | |
| | Damages | Ninth Circuit Model 5.1; Commercial Code section 2714; *In re Pom Wonderful LLC*, 2014 WL 1225184, at *3 (C.D. Cal. 2014); *Jones v. ConAgra Foods, Inc.*, 2014 WL 2702726, at *19, n.36 (N.D. Cal. 2014); *Brazil v. Dole Packaged Foods, LLC*, 2014 WL 2466559, at *15 (N.D. Cal. 2014); *Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc.*, 107 Cal. App. 4th 1336, 1341 (2003). | 9-11 |
| | Verdict Forms | | 12-32 |

**DEFENDANT'S (PROPOSED) DISPUTED JURY INSTRUCTIONS**

| Number | Title | Source | Page |
|---|---|---|---|
| | Food, Drug, and Cosmetic Act (FDCS) | 21 U.S.C. § 321(g)(1); 21 U.S.C. § 321(p); *Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc.*, 107 Cal. App. 4th 1336, 1341 (2003). | 2-4 |
| | Food and Drug Administration's (FDA) Regulation of Homeopathic Drugs | 21 U.S.C. § 321(g)(1); 21 U.S.C. § 321(p); 21 U.S.C. § 355(d); FDA Compliance Policy Guide, 400.400 ("Conditions Under Which Homeopathic Drugs May Be Marketed"); 21 C.F.R. §§ 201.10, 201.66, 330.10(a)(4)(ii); *Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc.*, 107 Cal. App. 4th 1336, 1341 (2003). | 5-8 |
| | FDA Guidelines Regarding the Marketing and Labeling of Homeopathic Drugs | 21 C.F.R. §§ 201.10, 201.66, 330.10(a)(4)(ii); Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc., 107 Cal. App. 4th 1336, 1341 (2003) | 9-11 |

| | | | |
|---|---|---|---|
| | Burden of Proof Relating to Plaintiffs' Claims | *Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc.*, 107 Cal. App. 4th 1336, 1344-46 (2003); *Colgan v. Leatherman Tool Group, Inc.*, 135 Cal. App. 4th 663, 682 (2006); *Chavez v. Nestle USA, Inc.*, 2011 WL 2150128, at *5 (C.D. Cal. May 19, 2011); *Fraker v. Bayer Corp.*, 2009 WL 5865687, at *8 (E.D. Cal. Oct. 6, 2009); *Scheuerman v. Nestle Healthcare Nutrition, Inc.*, 2012 WL 2916827, *8 (D. N.J. 2012) | 12-13 |
| | One Expert Opinion Sufficient | In re GNC Corp.; Triflex Products Marketing & Sales Practices Litig., Slip Opinion, Case No. 14-1724, *3, 9, 19-21 (4th Cir. June 19, 2015); Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc., 107 Cal. App. 4th 1336, 1344-46 (2003). | 14-16 |

| | | | |
|---|---|---|---|
| | All Ingredients Must be proven to Have No Effect | *In re GNC Corp.; Triflex Products Marketing & Sales Practices Litig.*, Slip Opinion, Case No. 14-1724, *22-23 (4th Cir. June 19, 2015); *Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc.*, 107 Cal. App. 4th 1336, 1344-46 (2003) | 17-18 |
| | California Consumer Legal Remedies Act | Civil Code Section 1770(a) | 19-21 |
| | Breach of Express Warranty & Magnuson-Moss Act | 15 U.S.C. § 2301, et.seq. CACI No. 1230; California Commercial Code § 2313; Civil Code § 1791.2; *Hauter v. Zogarts*, 14 Cal. 3d 104, 115–116 (1975); *Andrade v. Pangborn Corp.*, 2004 WL 2480708, at *23 (N.D. Cal. Oct. 22, 2004); *Clemens v. DaimlerChrysler Corp.*, 534 F.3d 1017, 1022 (9th Cir. 2008). | 22-23 |
| | Damages- Proof (Modified) | Ninth Circuit Model 5.1; CACI 1924; Commercial Code section 2714; *In re Pom Wonderful LLC*, 2014 WL | 24-26 |

| | | | |
|---|---|---|---|
| | | 1225184, at *3 (C.D. Cal. 2014); *Jones v. ConAgra Foods, Inc.*, 2014 WL 2702726, at *19, n.36 (N.D. Cal. 2014); *Brazil v. Dole Packaged Foods, LLC*, 2014 WL 2466559, at *15 (N.D. Cal. 2014); *Nat'l Council Against Health Fraud, Inc. v. King Bio Pharmaceuticals, Inc.*, 107 Cal. App. 4th 1336, 1341 (2003). | |
| | Damages- Mitigation | Ninth Circuit Model Rules 5.3 | 27 |
| | Nominal Damages | Ninth Circuit Model Rules 5.6 | 28 |
| | Verdict Forms | | 29-60 |

Dated: July 14, 2015    **NORTON ROSE FULBRIGHT US LLP**

/s/ _____
JEFFREY B. MARGULIES
*jeff.margulies@nortonrosefulbright.com*
STEPHANIE A. STROUP
*stephanie.stroup@nortonrosefulbright.com*
SPENCER PERSSON
*spencer.persson@nortonrosefulbright.com*
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

| | | | |
|---|---|---|---|
| 1 | Dated: | July 14, 2015 | **LAW OFFICES OF RONALD A. MARRON** |

/s/_____
RONALD A. MARRON
*ron@consumersadvocates.com*
SKYE RESENDES
*skye@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92101
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

| | | | |
|---|---|---|---|
| 9 | Dated: | July 14, 2015 | **KREINDLER & KREINDLER, LLP** |

/s/_____
GRETCHEN M. NELSON
*gnelson@kreindler.com*
GABRIEL S. BARENFELD
*gbarenfeld@kreindler.com*
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Class Counsel

| | | | |
|---|---|---|---|
| 19 | Dated: | July 14, 2015 | **GOMEZ TRIAL ATTORNEYS** |

_____
JOHN H. GOMEZ (171485)
jgomez@gomeztrialattorneys.com
DEBORAH S. DIXON (248965)
ddixon@gomeztrialattorneys.com
655 W. Broadway Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Class Trial Counsel