NORTON ROSE FULBRIGHT US LLP
JEFFREY MARGULIES (126002)
jeff.margulies@nortonrosefulbright.com
SPENCER PERSSON (235054)
spencer.persson@nortonrosefulbright.com
STEPHANIE A. STROUP (235071)
stephanie.stroup@nortonrosefulbright.com
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

*Attorneys for Defendants*

LAW OFFICES OF RONALD A. MARRON
RONALD A. MARRON (175650)
ron@consumersadvocates.com
SKYE RESENDES (278511)
skye@consumersadvocates.com
651 Arroyo Drive
San Diego, California 92103
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

*(Additional Counsel listed on the signature page)*

*Class Counsel*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| KIM ALLEN et al., on behalf of themselves, all others similarly situated and the general public<br><br>Plaintiffs,<br><br>vs.<br><br>HYLAND'S, INC., a California corporation; and STANDARD HOMEOPATHIC COMPANY<br><br>Defendants. | CASE NO. 12-cv-1150-DMG-MANx<br><br>**JOINT WITNESS LIST**<br><br>Judge: The Honorable Dolly M. Gee |

JOINT WITNESS LIST

Pursuant to the Court's Order (Doc. No. 221) Plaintiffs and Defendants expect the following witnesses to be called in the following order. Based on some witnesses' travel plans and scheduling conflicts, the order is subject to change:

1. John Borneman
2. Thao Le
3. Sherell Smith
4. Melissa Nigh
5. Daniele Xenos (via video)
6. Nancy Rodriguez (via video)
7. Diana Sisti
8. Kim Allen
9. Noel Rose, M.D.
10. Jon Krosnick
11. James Taylor, M.D. (via video)
12. Robert Xu
13. Robert Lee
14. Mark Phillips
15. Iris Bell, M.D.
16. Robbert Van Hasalen, M.Sc.
17. David Stewart
18. Bernardo Merizalde, M.D.
19. Peter Fisher, M.D.
20. William Ackerman
21. Paolo Bellavite, M.D.
22. Edward Calabrese
23. Edward Miracco
24. Daniel Krombach

25. Michael Buchanan

Dated: September 1, 2015          **NORTON ROSE FULBRIGHT US LLP**

/s/*Jeffrey Marguiles*
JEFFREY B. MARGULIES
*jeff.margulies@nortonrosefulbright.com*
STEPHANIE A. STROUP
*stephanie.stroup@nortonrosefulbright.com*
SPENCER PERSSON
*spencer.persson@nortonrosefulbright.com*
555 South Flower Street, 41st Floor
Los Angeles, California 90071
Telephone: (213) 892-9200
Facsimile: (213) 892-9494

Dated:   September 1, 2015          **LAW OFFICES OF RONALD A. MARRON**

/s/ *Ronald Marron*
RONALD A. MARRON
*ron@consumersadvocates.com*
SKYE RESENDES
*skye@consumersadvocates.com*
651 Arroyo Drive
San Diego, California 92101
Telephone: (619) 696-9006
Facsimile: (619) 564-6665

JOINT WITNESS LIST
Page 3

Dated: September 1, 2015     **KREINDLER & KREINDLER, LLP**

/s/ *Gretchen Nelson*
GRETCHEN M. NELSON
gnelson@kreindler.com
GABRIEL S. BARENFELD
gbarenfeld@kreindler.com
707 Wilshire Boulevard, Suite 3600
Los Angeles, California 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Class Counsel

Dated: September 1, 2015     **GOMEZ TRIAL ATTORNEYS**

/s/ *John Gomez*
JOHN H. GOMEZ (171485)
jgomez@gomeztrialattorneys.com
DEBORAH S. DIXON (248965)
ddixon@gomeztrialattorneys.com
655 W. Broadway Suite 1700
San Diego, California 92101
Telephone: (619) 237-3490
Facsimile: (619) 237-3496

Class Trial Counsel