```
                                            FILED
                                    CLERK, U.S. DISTRICT COURT

                                         SEP 18 2015

                                    CENTRAL DISTRICT OF CALIFORNIA
                                    BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM ALLEN, et al., on behalf of themselves, all others similarly situated and the general public, | Case No. CV 12-1150-DMG (MANx) |
| Plaintiffs, | **VERDICT FORM** |
| v. | |
| HYLAND'S, INC., et al., | **REDACTED AS TO THE FOREPERSON'S NAME** |
| Defendants. | |

We, the jury in the above-entitled action, find as follows:

**1. On Plaintiffs' <u>Breach of Express Warranty</u> claim:**

    a. **<u>Calms Forté</u>**

    For the product Calms Forté, we find in favor of:
    (choose one)

        _____ Plaintiffs and against Defendants
        ✓ Defendants and against Plaintiffs

-1-

b. **Teething Tablets**

For the product Teething Tablets, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

✓ Defendants and against Plaintiffs

c. **Migraine Headache Relief**

For the product Migraine Headache Relief, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

✓ Defendants and against Plaintiffs

d. **Colic Tablets**

For the product Colic Tablets, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

✓ Defendants and against Plaintiffs

e. **Leg Cramps**

For the product Leg Cramps, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

✓ Defendants and against Plaintiffs

f. **Defend Cold & Cough**

For the product Defend Cold & Cough, we find in favor of:

(choose one)

        \_\_\_\_\_ Plaintiffs and against Defendants

        __✓__ Defendants and against Plaintiffs

g. **<u>Defend Cold & Cough Night</u>**

For the product Defend Cold & Cough Night, we find in favor of: (choose one)

        \_\_\_\_\_ Plaintiffs and against Defendants

        __✓__ Defendants and against Plaintiffs

h. **<u>Hyland's Cough</u>**

For the product Hyland's Cough, we find in favor of: (choose one)

        \_\_\_\_\_ Plaintiffs and against Defendants

        __✓__ Defendants and against Plaintiffs

i. **<u>Seasonal Allergy Relief</u>**

For the product Seasonal Allergy Relief, we find in favor of: (choose one)

        \_\_\_\_\_ Plaintiffs and against Defendants

        __✓__ Defendants and against Plaintiffs

2. **On Plaintiffs' claim under the <u>California Consumer Legal Remedies Act</u>:**

a. **<u>Calms Forté</u>**

For the product Calms Forté, we find in favor of: (choose one)

        \_\_\_\_\_ Plaintiffs and against Defendants

        __✓__ Defendants and against Plaintiffs

b. **Teething Tablets**

For the product Teething Tablets, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

\_\_✓\_\_ Defendants and against Plaintiffs

c. **Migraine Headache Relief**

For the product Migraine Headache Relief, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

\_\_✓\_\_ Defendants and against Plaintiffs

d. **Colic Tablets**

For the product Colic Tablets, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

\_\_✓\_\_ Defendants and against Plaintiffs

e. **Leg Cramps**

For the product Leg Cramps, we find in favor of:

(choose one)

\_\_\_\_\_ Plaintiffs and against Defendants

\_\_✓\_\_ Defendants and against Plaintiffs

f. **Defend Cold & Cough**

For the product Defend Cold & Cough, we find in favor of:

(choose one)

```
_____ Plaintiffs and against Defendants
__✓__ Defendants and against Plaintiffs
```

g. **Defend Cold & Cough Night**

For the product Defend Cold & Cough Night, we find in favor of: (choose one)

```
_____ Plaintiffs and against Defendants
__✓__ Defendants and against Plaintiffs
```

h. **Hyland's Cough**

For the product Hyland's Cough, we find in favor of: (choose one)

```
_____ Plaintiffs and against Defendants
__✓__ Defendants and against Plaintiffs
```

i. **Seasonal Allergy Relief**

For the product Seasonal Allergy Relief, we find in favor of: (choose one)

```
_____ Plaintiffs and against Defendants
__✓__ Defendants and against Plaintiffs
```

If you found in favor of Plaintiffs in any of your responses to questions 1(a) through (i) or questions 2(a) through (i), above, you must determine the amount of damages to be awarded and answer question 3. If you did not find in favor of Plaintiffs in any of the above questions, skip question 3.

3. **Damages**

   For each of the products in which you found in favor of Plaintiffs, specify the damages, if any, you award Plaintiffs.

   a. **Calms Forté**

   Compensatory damages              $ _____

   b. **Teething Tablets**

   Compensatory damages              $ _____

   c. **Migraine Headache Relief**

   Compensatory damages              $ _____

   d. **Colic Tablets**

   Compensatory damages              $ _____

   e. **Leg Cramps**

   Compensatory damages              $ _____

   f. **Defend Cold & Cough**

   Compensatory damages              $ _____

   g. **Defend Cold & Cough Night**

   Compensatory damages              $ _____

   h. **Hyland's Cough**

   Compensatory damages              $ _____

**i. Seasonal Allergy Relief**

Compensatory damages $ ____________________

DATED: 9-18-15

[redacted]

PRESIDING JUROR