JS-6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

KIM ALLEN, et. al.,

                 Plaintiffs,

       v.

HYLAND'S, INC., et. al.,

                 Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 12-1150 DMG (MANx)

**JUDGMENT**

    This matter having come before the Court for a jury trial on September 1 through September 17, 2016 and a bench trial on September 16, 2015 [Doc. ## 409, 411] and the jury's verdict having been rendered on the jury trial [Doc. # 427] and this Court having filed its Findings of Fact and Conclusions of Law as to the bench trial [Doc. # 471],

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that judgment is entered in favor of Defendants Hylands, Inc. and Standard Homeopathic Company and against Plaintiff Plaintiffs Kim Allen, Melissa Nigh, Nancy Rodriguez, Diana Sisti, Sherrell Smith, Daniele Xenos, and Yuanke Xu as to all of their claims.

DATED:  August 16, 2016

                                    _____
                                    DOLLY M. GEE
                    UNITED STATES DISTRICT JUDGE